**FILED**

03/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0139

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0139

_____

RHONDA LINDQUIST, OFFICE OF THE
STATE PUBLIC DEFENDER,

      Petitioner,

    v.

MONTANA THIRTEENTH JUDICIAL
DISTRICT COURT, HON. DONALD HARRIS,
Presiding,

      Respondent.

                           O R D E R

_____

Through counsel, the Montana Office of State Public Defender (OPD), seeks a writ of certiorari over the Thirteenth Judicial District Court, Yellowstone County, in Cause No. SB 2021-1, to reverse its February 2, 2022 Order holding OPD in contempt. OPD asserts that the District Court exceeded its jurisdiction in interpreting § 47-1-104(3), MCA, when it required OPD to assign permanent counsel within three working days of appointment. OPD asserts further that the District Court exceeded its authority when it held OPD in contempt for disobeying an order with which OPD could not comply.

Having reviewed the Petition and the Appendix, the Court deems it advisable to obtain a response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Respondent, Honorable Donald Harris, and the State of Montana, through either the Yellowstone County Attorney or the Attorney General, are granted thirty days from the date of this order in which to prepare, file, and serve response(s) to the petition for writ of certiorari in Cause No. SB 2021-1.

The Clerk is directed to provide notice of this Order to all counsel of record in the Thirteenth Judicial District Court Cause No. SB 2021-1, to the Montana Attorney General's Office, and to the Honorable Donald Harris, presiding District Judge.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
March 25 2022